IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| This Document Relates to:<br><br>Steven W. Houser and<br>Barbara S. Houser, wife,<br><br>Plaintiffs,<br>vs.<br><br>Aqua-Chem, Inc.<br>  (d/b/a Cleaver-Brooks Division);<br>Borg-Warner Morse TEC, Inc.;<br>CertainTeed Corporation;<br>A.W. Chesterton Company;<br>Fluor Daniel, Inc.;<br>Fluor Daniel Services Corporation;<br>General Refractories Company;<br>Georgia Pacific Corporation;<br>National Service Industries, Inc.;<br>Rapid-American Corporation<br>  (successor by merger to Glen Alden Corporation, Briggs Manufacturing Company, Philip Carey Corporation and Philip Carey Manufacturing Company);<br>Union Carbide Corporation;<br>Viacom, Inc.<br>  (successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation),<br><br>Defendants | W.D.N.C. ASHEVILLE DIVISION<br><br>Civil Action No. 1:08-cv-127<br><br>**COMPLAINT** |

Plaintiffs hereby adopt and incorporate Plaintiffs' Master Long Form Complaint in Re: Asbestos Litigation in the United States District Court for the Eastern District of Pennsylvania, filed as Miscellaneous No. 86-0457. Pursuant to the August 20, 1986, Order of Honorable James T. Giles, the following short-form Complaint is utilized in this asbestos action:

1. Steven W. Houser, The Injured Plaintiff ("plaintiff-worker") and Barbara S. Houser, ("plaintiff-spouse"). Plaintiff's Address, Social Security Number, and Date of Birth information is available upon request.

2. The Court has jurisdiction of this matter pursuant to the Multidistrict Litigation Order dated July 29, 1991, Civil Action No. MDL 875. Moreover, the Plaintiffs are citizens of the State of North Carolina and no defendant is a citizen or has a principal place of business in the State of North Carolina. Further, the amount in controversy, exclusive of interest and costs, exceeds $100,000.00.

3. The Defendants are those companies listed in the caption.

4. Plaintiffs hereby incorporate by reference the following counts from the Master Long-Form Complaint: Counts I, II, III, IV and V.

5. Plaintiff-worker's asbestos employment history, including, to the extent possible at this time, the asbestos products to which plaintiff-worker was exposed is attached hereto as Schedule I.

6. Plaintiff-worker was diagnosed with asbestosis by Stephen D. Proctor, M.D. on August 17, 2005.

7. Plaintiffs certify that they have not been a party to any related third-party asbestos litigation.

8. Plaintiffs hereby demand a trial by jury on all issues of fact.

Respectfully submitted,

WALLACE AND GRAHAM, P.A.

By: s/Mona Lisa Wallace
N.C. Bar No.: 009021
Attorney for Plaintiff
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel. No. (704)633-5244
Fax: (704)633-9434
E-Mail: mwallace@wallacegraham.com

Date: 4/7/08

SCHEDULE I
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Painter; Asbestos Abatement
Landscaping
Painter

| EMPLOYER/WORKSITE: | APPROXIMATE DATES: |
|---|---|
| Duke Energy -- Catawba, McGuire, Oconee | 1976 – Present |
| Self-Employed Dad's Business – Lincolnton & Maiden, NC | 1973 – 1976 |
| Duke Energy – most sites | 1969 - 1973 |

RELATED ASBESTOS LITIGATION:

Workers Compensation Claim – Duke Energy – Settled

SMOKING HISTORY:

1 ppd.  1971 – Present

PRODUCTS CONTAINING ASBESTOS:

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS:

Barbara S. Houser, wife

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DEFENDANTS LIST**

Aqua-Chem, Inc., d/b/a Cleaver-Brooks Division
11950 W Lake Park Dr
Milwaukee, WI 53224

Borg-Warner Morse TEC, Inc.
3850 Hamlin Road
Auburn Hills, MI 48326

CertainTeed Corporation
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

A.W. Chesterton Company
PO Box 4004
Woburn, MA 01888-4004

Fluor Daniel, Inc.
Corporation Service Company.
327 Hillsborough Street
Raleigh, NC 27603

Fluor Daniel Services Corporation
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

General Refractories Company
225 City Avenue, Suite 114
Bala Cynwyd, PA 19004

Georgia Pacific Corporation
CT Corporation System
75 Beattie Place
Greenville, SC 29601

National Service Industries, Inc.
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

Rapid-American Corporation
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE 19808-1645

Union Carbide Corporation.
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Viacom, Inc.
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE 19808-1645